HERMAN DANDURAND, Plaintiff-Appellee, *v.* AL HOFFMAN *et al.*, Defendants-Appellants.

(No. 70-165; ■■■■■■■■■■

Third District—September 7, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE ALLOY.

J. Edward Jones, of Blue Island, for appellants.

Fredrick E. Huber, of Kankakee, for appellee.